UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EZEQUIEL GUADALUPE BELTRAN, <br><br> Defendant. | Case No. MJ21-370 SKV <br><br> DETENTION ORDER |

<u>Offenses charged</u>:

    Count 1:    Possession with Intent to Distribute Fentanyl – 21 U.S.C. Section 841(a)(1) and (b)(1)(C).

<u>Date of Detention Hearing</u>: July 20, 2021

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    There is therefore a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e) because there is probable cause to believe Mr. Beltran committed a drug offense with a maximum sentence of ten years or more.

2. Mr. Beltran was detained for violation of supervised release in CR13-001JLR. Mr. Beltran stipulated to detention.

3. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure the Mr. Beltran's appearance at future court hearings while addressing the danger to other persons or the community.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the Mr. Beltran as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Beltran shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Beltran shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Beltran is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to

\\
\\

DETENTION ORDER - 2

counsel for the Mr. Beltran, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 21st day of July, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3